# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2200

_____

| | | |
|---|---|---|
| Hessam Ghane, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Western District of Missouri. |
| Bob Boydston, Sheriff; Steve Siercks, | * | |
| Capt.; Craven, Lt., | * | [UNPUBLISHED] |
| | * | |
| Appellees. | * | |

_____

Submitted: June 1, 2000
Filed: June 9, 2000

_____

Before LOKEN, FAGG, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Hessam Ghane appeals the district court's[1] grant of summary judgment to defendants in his 42 U.S.C. § 1983 action. Having reviewed the matter de novo, we conclude that the evidence, viewed in the light most favorable to Ghane, demonstrates that there is no genuine issue of material fact and that defendants are entitled to judgment as a matter of law. See Treanor v. MCI Telecom. Corp., 200 F.3d 570, 573 (8th Cir. 2000). Specifically, in light of the uncontroverted materials submitted by

_____

[1]The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.

defendants in support of their motion, the district court correctly concluded that they were entitled to judgment as a matter of law on Ghane's claims of deliberate indifference to serious medical needs, denial of legal materials, and damage to personal property.

Accordingly, we affirm the judgment of the district court.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.